Jacob C. Fein, an Infant, etc., Respondent, v. Norwalk Brothers Company, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the ground that the finding of the jury that the defendant was negligent was without evidence to sustain it.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Owen Duffy, Appellant, v. James E. Place, Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (McLaughlin and Scott, JJ., dissented.)

Mary Weiss, Appellant, v. Sadie Rosen, Respondent.— Judgment and order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Laughlin, J., dissented.)

The People of the State of New York ex rel. Alvin Boice, Relator, v. Arthur Woods, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Benjamin Gortikov, Respondent, v. Marion Gortikov, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

First Bank of Notasulga, Respondent, v. Richard W. Jones, Jr., and Others, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs.  (See *First Bank of Notasulga* v. *Jones*, 156 App. Div. 277.)  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Champe S. Andrews, Appellant, v. New York Times Company, Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Ingraham P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.